JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JAMES HARNEY, | ) | Case No. CV 06-2127-TJH (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| MELVIN HUNTER, et al., | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Third Amended Complaint is dismissed with prejudice.

DATED: February 3, 2012

HONORABLE TERRY J. HATTER, JR.
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge